**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 27, 2020.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| ALEXANDER EMRIC JONES, | § | CASE NO. 20-10118-hcm |
| Alleged Debtor. | § | (Involuntary Chapter 11) |

### ORDER DISMISSING INVOLUNTARY BANKRUPTCY PETITION

On January 24, 2020, an Involuntary Petition Against an Individual Under Chapter 11 Bankruptcy ("Involuntary Petition") (dkt# 5) was filed against Alexander Emric Jones, as alleged debtor ("Mr. Jones"). The Involuntary Petition was filed by Kelly R. Jones ("Ms. Jones"), acting *pro se*, as petitioning creditor.

On April 20, 2020, Mr. Jones filed a Motion for Summary Judgment ("Motion") (dkt# 41). The Court granted the Motion and an Order Granting Motion for Summary Judgment was entered on May 27, 2020. For the reasons set forth in such Order Granting Motion for Summary Judgment entered on May 27, 2020, the Court finds that the Involuntary Petition must be dismissed and the following final order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, AND NOTICE IS HEREBY GIVEN AS FOLLOWS**:

1. The Involuntary Petition Against an Individual Under Chapter 11 Bankruptcy ("Involuntary Petition") (dkt# 5) filed against Alexander Emric Jones, as alleged debtor, by Kelly R. Jones, as petitioning creditor, is hereby DISMISSED.

2. The Court shall retain jurisdiction to determine and adjudicate any Counterclaim by Mr. Jones that may be timely filed by Mr. Jones under 11 U.S.C. § 303(i) against petitioning creditor Ms. Jones, as follows. The Court hereby sets a deadline of July 31, 2020 by which Mr. Jones shall file and serve any Counterclaim under 11 U.S.C. § 303(i) against Ms. Jones, as a separate pleading. Any such Counterclaim shall set forth the amount of fees, costs, damages and/or other amounts sought by Mr. Jones against Ms. Jones under 11 U.S.C. § 303(i), and the basis for such relief. An Answer or Response to any such Counterclaim shall be filed and served by August 31, 2020 by Ms. Jones.

3. This is a final order.

4. The Clerk of the Court shall cause a copy of this order to be sent to Kelly R. Jones, at 11601 Hwy 290 W., Suite A101-307, Austin, Texas 78737.

# # #