# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–10118–hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **Alexander Emric Jones** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **4/30/200** was filed on **5/28/20**. The following deadlines apply:

The parties have until **June 4, 2020** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **June 18, 2020**.

If a request for redaction is filed, the redacted transcript is due **June 29, 2020**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **August 26, 2020** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Toni Hudson with Exceptional Reporting Services, Inc. 361 949–2988**, or you may view the document at the clerk's office public terminal.

Dated:  5/29/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Estella Benitez Jurado

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]

```
                          United States Bankruptcy Court
                           Western District of Texas
In re:                                                         Case No. 20-10118-hcm
Alexander Emric Jones                                          Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0542-1          User: beniteze           Page 1 of 1           Date Rcvd: May 29, 2020
                              Form ID: 260             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
ptcrd          +Kelly R. Jones,    11601 HWY 290 W,    Suite A101-307,    Austin, TX 78737-2857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion07.au.ecf@usdoj.gov May 30 2020 01:22:32
                 United States Trustee - AU12,    United States Trustee,    903 San Jacinto Blvd, Suite 230,
                 Austin, TX 78701-2450
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                   Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Angie Marie Marth    on behalf of Creditor    Wilmington Trust, National Association
               bknotifications@ghidottiberger.com
              Eric J. Taube    on behalf of Interested Party Eric  Taube eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Raymond W. Battaglia    on behalf of Debtor Alexander Emric Jones rbattaglialaw@outlook.com
                                                                                             TOTAL: 3
```